1  BRUCE A. KILDAY, ESQ., SB No. 066415
   Email: bkilday@akk-law.com AMIE
2  McTAVISH, ESQ., SB No. 242372
   Email: amctavish@akk-law.com
3  **ANGELO, KILDAY & KILDUFF, LLP**
   Attorneys at Law 601 University Avenue. Suite
4  150 Sacramento, CA 95825 Telephone: (916)
5  564-6100 Telecopier: (916) 564-6263

6  Attorneys for Defendants CITY OF CHICO (also sued herein as CITY OF CHICO POLICE DEPARTMENT) and DAVID DOMINGUEZ

7
8                    **UNITED STATES DISTRICT COURT**
9                    **EASTERN DISTRICT OF CALIFORNIA**

10 BARBARA FRANCIS and REED FRANCIS,

11                 Plaintiff,              Case No.: 10-cv-03466 LKK-CMK
12
13           vs.                           **STIPULATION FOR DISMISSAL**

14 THE CITY OF CHICO, et al.

15                 Defendants.

16    The parties, through their respective counsel, hereby stipulate that this action may be dismissed, in
17 its entirety and with prejudice, as to all parties. It is further stipulated that each party is to bear its own
18 costs, including all attorney's fees. Dated:         BARR &. MUDFORD, LLP

19
20           *DAVID* LEE CASE Attorneys for Plaintiffs

21 {Dismissal Stipulation; 00054496)

22
23
24
25
26
27
28
                                    1
                        STIPULATION FOR DISMISSAL

ANGELO, KILDAY & KILDl^Fp, ^LP

*MQ*
By: _____
BRUCE A. KILDAY Attorneys for
Defendants CITY Of CHICO and DAVID
DOMIiiGUEZ

Dated:        S" \\

PORTER SCOTT

By: _____
TF.RETCC.E yCASSIDY AttorneVror Defendants CO\J^TTY OF BUTTE, BUTTE COUNTY SHERIFF'S DEPARTMENT AND JERRY W. SMITH

IT IS SO ORDERED.

Dated: August 11, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

{Dismissal Stipulation; 00054496}